JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br>      Plaintiffs, <br><br>  v. <br><br>BLUE FIELDS ELECTRIC, INC., a California corporation, <br><br>      Defendant. | CASE NO.: CV11-06343 DSF (FFMx) <br><br> **JUDGMENT** |

1  Plaintiffs' unopposed motion for default judgment.  After full consideration of
2  the evidence and the authorities submitted by counsel:
3  **IT IS ORDERED, ADJUDGED AND DECREED** that:
4  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
5  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
6  County Electrical Educational and Training Trust Fund, Trustees of the Southern
7  California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the
8  National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the
9  National Electrical Benefit Fund, the Contract Compliance Fund, the National
10 Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union, shall
11 recover from Blue Fields Electric, Inc., the principal amount of $59,230.29, together
12 with attorneys' fees of $21,972.60 and costs of $404.00, plus post-judgment interest as
13 provided by law from the date of entry of judgment herein until the date the judgment
14 is paid in full.

17 Dated: May 24, 2012

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE