JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, | CASE NO.: CV11-06343 DSF (FFMx) |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| BLUE FIELDS ELECTRIC, INC., a California corporation, | |
| Defendant. | |

**[PROPOSED] JUDGMENT**

1

JUDGMENT.DOC

1  Plaintiffs' unopposed motion for default judgment.  After full consideration of
2  the evidence and the authorities submitted by counsel:
3  **IT IS ORDERED, ADJUDGED AND DECREED** that:
4  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, the Contract Compliance Fund, the National Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union, shall recover from Blue Fields Electric, Inc., the principal amount of $59,230.29, together with attorneys' fees of $21,972.60 and costs of $404.00, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: May 24, 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

JUDGMENT.DOC

2
**[PROPOSED] JUDGMENT**